**ALPHA PORTLAND CEMENT CO. et al., Appellants, v. Harwell G. DAVIS, Individually and as Collector of Internal Revenue, et al.***

No. 8323.

Circuit Court of Appeals, Fifth Circuit.

Feb. 16, 1937.

For opinion in District Court, see 17 F.Supp. 529.

Forney Johnston, Jos. F. Johnston, and Borden Burr, all of Birmingham, Ala., and Niel P. Sterne, of Anniston, Ala., for appellants.

J. P. Jackson, Sp. Asst. to Atty. Gen., Robert H. Jackson, Asst. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen., for appellees.

Before SIBLEY, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

A motion has been submitted to stay, pending appeal, proceedings to enforce the tax on employers of eight or more laid by title 9 of the Social Security Act, § 901 et seq. (42 U.S.C.A. § 1101 et seq.). For the reasons stated in the opinion this day filed in Beeland Wholesale Company et al. v. Davis, Collector (C.C.A.) 88 F.(2d) 447, the motion is denied.

---

**ALPHA PORTLAND CEMENT CO. et al., Appellants, v. Harwell G. DAVIS, Individually and as Collector of Internal Revenue, et al., Appellees.**

No. 8323.

Circuit Court of Appeals, Fifth Circuit.

March 10, 1937.

Forney Johnston, Jos. F. Johnston, and Borden Burr, all of Birmingham, Ala., and

Niel P. Sterne, of Anniston, Ala., for appellants.

J. P. Jackson, Sp. Asst. to Atty. Gen., Robert H. Jackson, Asst. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen., for appellees.

Before FOSTER, SIBLEY, and HOLMES, Circuit Judges.

PER CURIAM.

On the authority of Beeland Wholesale Company et al. v. Harwell G. Davis, Individually and as Collector of Internal Revenue (C.C.A.) 88 F.(2d) 447, decided February 16, 1937, the judgment in the above numbered and entitled cause is affirmed.

---

**ARMSTRONG v. ALLIANCE TRUST CO., Limited, et al.**

No. 8223.

Circuit Court of Appeals, Fifth Circuit.

Feb. 16, 1937.

Rehearing Denied March 5, 1937.

---

*Writ of certiorari denied 57 S.Ct. 674, 81 L.Ed. —.